**Opinion issued September 18, 2012.**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-12-00877-CV

———————————

## IN RE JOHN MYUNG, RELATOR

---

**Original Proceeding on Petition for Writ of Mandamus**

---

### MEMORANDUM OPINION

By petition of writ of mandamus, relator, Dr. John Myung, challenges the trial court's order compelling his oral deposition.[1]

We **deny** the petition for writ of mandamus and dismiss the motion for temporary relief as moot.

---

[1] The underlying case is *Curocom Energy LLC v. Woolim Resources Development Company, LTD, et al.*, No. 2009-06630, in the 165th District Court of Harris County, Texas, the Honorable Josefina Rendon presiding.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Huddle.